AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| VIRTAMOVE, CORP. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 2:25-cv-00619-JRG |
| INTERNATIONAL BUISNESS MACHINES CORP. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

VIRTAMOVE, CORP.                                                           .

Date:    06/13/2025

/s/ Qi (Peter) Tong
*Attorney's signature*

Qi (Peter) Tong, TX SBN 24119042
*Printed name and bar number*

Russ August & Kabat
8080 N. Central Expy., Suite 1503
Dallas, TX 75206
*Address*

ptong@raklaw.com
*E-mail address*

(310) 826-7474
*Telephone number*

(310) 826-6991
*FAX number*

Print     Save As...                                                                Reset