| *Attorney or Party without Attorney:*<br>Reza Mirzaie (SBN 246953)<br>RUSS AUGUST & KABAT<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA 90025<br>   *Telephone No:* 310-826-7474 | | **For Court Use Only** |
|---|---|---|
|    *Attorney For:* Plaintiff | *Ref. No. or File No.:*<br>4874-002I | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>UNITED STATES DISTRICT COURT<br>FOR THE EASTERN DISTRICT OF TEXAS MARSHALL DIVISION | | |
| *Plaintiff:* VIRTAMOVE, CORP.,<br>*Defendant:* INTERNATIONAL BUSINESS MACHINES CORP., | | |
| **PROOF OF SERVICE** | *Hearing Date:*    *Time:*    *Dept/Div:* | *Case Number:*<br>2:25-cv-00619-JRG |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet

3. a. Party served:    INTERNATIONAL BUSINESS MACHINES CORP.
   b. Person served: Sarai Marin, Authorized to Accept Service for CT Corporation System, Agent for Service of Process
   *served under F.R.C.P. Rule 4.*

4. Address where the party was served:    330 North Brand Boulevard Suite 700, Glendale, CA 91203

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Mon, Jun 16 2025 (2) at: 12:40 PM

6. **Person Who Served Papers:**
      a. Douglas Forrest (5141, Los Angeles)            d. *The Fee* for Service was:
      b. FIRST LEGAL
         1517 W. Beverly Blvd.
         LOS ANGELES, CA 90026
      c. (213) 250-1111

7. *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

06/16/2025
(Date)                              (Signature)



**PROOF OF SERVICE**

13525269
(17304332)