# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP., | Civil Action No. 2:25-cv-00619 |
| Plaintiff, | |
| v. | **JURY TRIAL DEMANDED** |
| INTERNATIONAL BUSINESS MACHINES CORP., | |
| Defendant. | |

## <u>DEFENDANT'S NOTICE OF DESIGNATION OF LEAD COUNSEL</u>

COMES NOW, Defendant International Business Machines Corp. ("IBM") hereby notifies the Court and all parties of record that Todd M. Friedman, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York 10022, is designated as lead counsel for Defendant IBM in the above-captioned case.


Dated:  July 25, 2025

Respectfully submitted,

<u>/s/ Todd M. Friedman</u>
Todd M. Friedman (*pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Brandon H. Brown
State Bar No. 266347
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: brandon.brown@kirkland.com

Yimeng Dou (*pro hac vice pending*)
Andrew Morrill (*pro hac vice pending*)
Kirkland & Ellis LLP
695 Town Center Drive, Ste. 1700
Costa Mesa, CA 92626
Telephone: (714) 982-8822
Email: yimeng.dou@kirkland.com
Email: drew.morrill@kirkland.com

*Of Counsel:*

Andrea L. Fair
Texas State Bar No. 24078488
Email:  andrea@wsfirm.com
WARD, SMITH & HILL, PLLC
1507 Bill Owens Parkway
Longview, TX 75604
(903) 757-6400 (telephone)
(903) 757-2323 (facsimile)


*Attorneys for Defendant*
*International Business Machines Corp.*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that all counsel of record who are deemed to have

consented to electronic service are being served with a copy of this document via the Court's

CM/ECF system pursuant to Local Rule CV-5(a)(3) on July 25, 2025.


*/s/ Todd M. Friedman*

Todd M. Friedman
