AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Texas

| | |
|---|---|
| VIRTAMOVE, CORP. ) | |
| *Plaintiff* ) | |
| v. ) | Case No.  2:25-cv-00619-JRG |
| INTERNATIONAL BUISNESS MACHINES CORP. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant International Business Machines Corp.

Date:  07/25/2025

/s/ Brandon H. Brown
*Attorney's signature*

Brandon H. Brown / 266347
*Printed name and bar number*

Kirkland & Ellis LLP
555 California Street
San Francisco, CA 94104

*Address*

brandon.brown@kirkland.com
*E-mail address*

(415) 439-1670
*Telephone number*

(415) 439-1500
*FAX number*

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3) on July 25, 2025.

                                                    */s/ Brandon H. Brown*
                                                    Brandon H. Brown