AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| VIRTAMOVE, CORP. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 2:25-cv-00619-JRG |
| INTERNATIONAL BUISNESS MACHINES CORP. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant International Business Machines Corp.

Date:   07/25/2025

/s/ Yimeng Dou
*Attorney's signature*

Yimeng Dou / 285248
*Printed name and bar number*

KIRKLAND & ELLIS LLP
695 Town Center Dr., Costa Mesa, CA 92626

*Address*

yimeng.dou@kirkland.com
*E-mail address*

(714) 982-8822
*Telephone number*

(714) 982-8844
*FAX number*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3) on July 25, 2025.

/s/ *Yimeng Dou*
Yimeng Dou