# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP., | § Case No. 2:25-cv-00619-JRG |
| Plaintiff, | § |
| v. | § **JURY TRIAL DEMANDED** |
| INTERNATIONAL BUSINESS MACHINES CORP., | § |
| Defendant. | § |

## NOTICE OF APPEARANCE OF ANDREA L. FAIR

COMES NOW, Defendant International Business Machines Corp. ("IBM" or "Defendant") and hereby notifies the Court and all parties of record that, in addition to the attorneys already representing it, Andrea L. Fair, State Bar Number 24078488, of Miller Fair Henry PLLC, 1507 Bill Owens Parkway, Longview, Texas, 75604, (903) 757-6400, will be appearing as an attorney of record on its behalf in the above-styled and numbered cause.

Dated:  July 29, 2025                    Respectfully submitted,

                          */s/ Andrea L. Fair*
                          Todd M. Friedman (*pro hac vice*)
                          KIRKLAND & ELLIS LLP
                          601 Lexington Avenue
                          New York, NY 10022
                          Telephone:   (212) 446-4800
                          Facsimile:   (212) 446-4900
                          Email: todd.friedman@kirkland.com

                          Brandon H. Brown
                          California State Bar No. 266347
                          Kyle A. Calhoun (*pro hac vice*)
                          Nathaniel Ngerebara *(pro hac vice)*

1

KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone:     (415) 439-1400
Facsimile:     (415) 439-1500
Email: brandon.brown@kirkland.com
Email: kyle.calhoun@kirkland.com
Email: nate.ngerebara@kirkland.com

Yimeng Dou
Kirkland & Ellis LLP
695 Town Center Drive
Suite 1700
Costa Mesa, CA 92626
714-982-8822
Email: yimeng.dou@Kirkland.com

*Of Counsel:*

Andrea L. Fair
Texas State Bar No. 24078488
Charles Everingham IV
Texas State Bar No. 00787447
MILLER FAIR HENRY PLLC
1507 Bill Owens Parkway
Longview, TX 75604
Telephone:     (903) 757-6400
Facsimile:     (903) 757-2323
Email: andrew@millerfairhenry.com
Email: chad@millerfairhenry.com

*Attorneys for Defendant
International Business Machines Corp*

2