# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| VIRTAMOVE, CORP., | § | Case No. 2:25-cv-00619-JRG |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | **JURY TRIAL DEMANDED** |
| | § | |
| INTERNATIONAL BUSINESS MACHINES CORP., | § § | |
| | § | |
| Defendant. | § § § | |

## NOTICE OF APPEARANCE OF CHARLES EVERINGHAM IV

COMES NOW, Defendant International Business Machines Corp. ("IBM" or "Defendant") and hereby notifies the Court and all parties of record that, in addition to the attorneys already representing it, Charles Everingham IV, State Bar Number 00787447, of Miller Fair Henry PLLC, 1507 Bill Owens Parkway, Longview, Texas, 75604, (903) 757-6400, will be appearing as an attorney of record on its behalf in the above-styled and numbered cause.

Dated: July 29, 2025

Respectfully submitted,

*/s/ Charles Everingham IV*

Todd M. Friedman (*pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone:   (212) 446-4800
Facsimile:    (212) 446-4900
Email: todd.friedman@kirkland.com

Brandon H. Brown
California State Bar No. 266347
Kyle A. Calhoun (*pro hac vice*)
Nathaniel Ngerebara *(pro hac vice)*

1

KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone:	(415) 439-1400
Facsimile:	(415) 439-1500
Email: brandon.brown@kirkland.com
Email: kyle.calhoun@kirkland.com
Email: nate.ngerebara@kirkland.com

Yimeng Dou
Kirkland & Ellis LLP
695 Town Center Drive
Suite 1700
Costa Mesa, CA 92626
714-982-8822
Email: yimeng.dou@Kirkland.com

*Of Counsel:*

Andrea L. Fair
Texas State Bar No. 24078488
Charles Everingham IV
Texas State Bar No. 00787447
MILLER FAIR HENRY PLLC
1507 Bill Owens Parkway
Longview, TX 75604
Telephone:	(903) 757-6400
Facsimile:	(903) 757-2323
Email:  andrew@millerfairhenry.com
Email: chad@millerfairhenry.com

*Attorneys for Defendant
International Business Machines Corp*

2