EDTX UAET (03-2025)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

VirtaMove, Corp.
Plaintiff

v.                                     Civ. No. 2:25-cv-00619-JRG

International Business Machines Corp.
Defendant

UNOPPOSED APPLICATION FOR EXTENSION OF TIME TO ANSWER COMPLAINT

Party requesting extension: International Business Machines Corp.

Date Party's answer was originally due: 08/22/2025

Date Party's answer is now due (must not exceed 45 days after original due date): 09/12/2025

Date: 08/20/2025         /s/ Andrea L. Fair
                         Full Name: Andrea L. Fair
                         State Bar No.: 24078488
                         Address: 1507 Bill Owens Parkway
                                  Longview, Texas 75604

                         Phone: (903) 757-6400
                         Fax: (903) 757-2323
                         Email: andrea@millerfairhenry.com

**Please note:**

- A Certificate of Conference is not required.

- If a party that must be served is not registered to receive electronic notice, you must attach a Certificate of Service that states the date and method of service used (LR CV-5(c)).

- To electronically file this document, flatten the PDF and then upload it to CM/ECF using the *Unopposed Application for Extension of Time to Answer Complaint* event (Civil -> Motions and Related Filings -> Answer Extension Application).

- In a case assigned to Judge Marcia A. Crone, use of this form is disallowed. (See **Standing Order MC-12 Filing of Answers and Defenses** at www.txed.uscourts.gov -> Judges -> Marcia A. Crone -> Standing Orders.)