UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP.,<br><br>    Plaintiff,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORP.,<br><br>    Defendant. | Case No. 2:25-CV-00619-JRG-RSP<br>(Member Case)<br><br>**JURY TRIAL DEMANDED** |

## ORDER

Before the Court is the Parties' Joint Motion to Stay All Deadlines and Notice of Settlement ("Motion"). Having reviewed the Motion, the Court is of the opinion that it should be **GRANTED**. It is therefore

**ORDERED that all remaining case deadlines are stayed for thirty (30) days.**

1