IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP., | § |
| *Plaintiff*, | § |
| v. | §  CIVIL ACTION NO. 2:25-CV-00619-JRG |
| INTERNATIONAL BUSINESS MACHINES CORP., | § |
| *Defendant*. | § |

## ORDER

Before the Court is the Joint Motion to Stay All Deadlines and Notice of Settlement (the "Motion") filed by Plaintiff VirtaMove Corp. ("Plaintiff") and Defendant International Business Machine Corp. ("Defendant") (collectively, the "Parties"). (Dkt. No. 31.) In the Motion, the Parties represent that they "have reached an agreement in principle as to all matters in controversy between them." (*Id.* at 1.) The Parties request a stay of the above-captioned case for 30 days to allow them time to prepare and submit dismissal papers. (*Id.*)

Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**. Accordingly, all deadlines in the above-captioned case are **STAYED** for 30 days, up to and including October 12, 2025, during which time appropriate dismissal papers are to be filed with the Court.

**So ORDERED and SIGNED this 12th day of September, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE