UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP., <br><br> Plaintiff, <br><br> v. <br><br> INTERNATIONAL BUSINESS MACHINES CORP., <br><br> Defendant. | Civil Action No. 2:25-cv-00619 <br><br> **JURY TRIAL DEMANDED** |

## JOINT MOTION TO EXTEND THE STAY OF ALL DEADLINES

Plaintiff VirtaMove, Corp. ("Plaintiff") and Defendant International Business Machines Corp. ("Defendant") (together the "Parties") file this Joint Motion to Extend the Stay of All Deadlines. As such, the Parties respectfully request that all remaining case deadlines be stayed for an additional fourteen (14) days while the Parties finalize a settlement agreement and file dismissal papers with the Court. The parties have made significant progress and reached agreement on the vast majority of settlement terms, but require a short extension to reach agreement on a few terms that remain. It is in the interest of judicial economy to grant this Joint Motion.

For the foregoing reasons and good cause shown, the Parties respectfully request the Court enter an order staying all remaining case deadlines for fourteen (14) days.

Dated: October 13, 2025

Respectfully submitted,

/s/ Todd M. Friedman

Todd M. Friedman (*pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: todd.friedman@kirkland.com

Brandon H. Brown
State Bar No. 266347
Kyle Calhoun (*pro hac vice*)
Nate Ngerebara (*pro hac vice*)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: brandon.brown@kirkland.com
Email: kyle.calhoun@kirkland.com
Email: nate.ngerebara@kirkland.com

Yimeng Dou
State Bar No. 285248
Andrew Morrill (*pro hac vice*)
Kirkland & Ellis LLP
695 Town Center Drive, Ste. 1700
Costa Mesa, CA 92626
Telephone: (714) 982-8822
Email: yimeng.dou@kirkland.com
Email: drew.morrill@kirkland.com

*Of Counsel:*

Andrea L. Fair
Texas State Bar No. 24078488
Email:  andrea@wsfirm.com
WARD, SMITH & HILL, PLLC
1507 Bill Owens Parkway
Longview, TX 75604
(903) 757-6400 (telephone)
(903) 757-2323 (facsimile)

*Attorneys for Defendant*
*International Business Machines Corp.*

*/s/ Reza Mirzaie*
Reza Mirzaie (CA SBN 246953)
rmirzaie@raklaw.com
Marc A. Fenster (CA SBN 181067)
mfenster@raklaw.com
Neil A. Rubin (CA SBN 250761)
nrubin@raklaw.com
Christian W. Conkle (CA SBN 306374)
cconkle@raklaw.com
Jonathan Ma (CA SBN 312773)
jma@raklaw.com
Daniel Kolko (CA SBN 341680)
dkolko@raklaw.com
Mackenzie Paladino (NY SBN 6039366)
mpaladino@raklaw.com
Jefferson Cummings (DC SBN 90027452)
jcummings@raklaw.com

**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Telephone: (310) 826-7474

Qi (Peter) Tong (TX SBN 24119042)
ptong@raklaw.com

**RUSS AUGUST & KABAT**
8080 N. Central Expy., Suite 1503
Dallas, TX 75206
Attorneys for Plaintiff VirtaMove, Corp.

**CERTIFICATE OF CONFERENCE**

The undersigned certifies that counsel for Defendant conferred with counsel for Plaintiff, and this is a joint motion.

*/s/ Todd M. Friedman*
Todd M. Friedman

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3) on October 13, 2025.

*/s/ Todd M. Friedman*
Todd M. Friedman
