# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP., <br><br> Plaintiff, <br><br> v. <br><br> INTERNATIONAL BUSINESS MACHINES CORP., <br><br> Defendant. | Civil Action No. 2:25-cv-00619 <br><br> **JURY TRIAL DEMANDED** |

## ORDER

Before the Court is the Parties' Joint Motion to Extend the Stay of All Deadlines ("Motion"). Having reviewed the Motion, the Court is of the opinion that it should be GRANTED. It is therefore

**ORDERED** that **all remaining case deadlines are stayed for fourteen (14) days.**