IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| VIRTAMOVE, CORP., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:25-CV-00619-JRG |
| | § | |
| INTERNATIONAL BUSINESS MACHINES CORP., | § | |
| | § | |
| *Defendant*. | § | |

**ORDER**

Before the Court is the Joint Motion to Extend the Stay of All Deadlines (the "Motion") filed by Plaintiff VirtaMove Corp. ("Plaintiff") and Defendant International Business Machine Corp. ("Defendant") (collectively, the "Parties"). (Dkt. No. 33.) In the Motion, the Parties represent that they "require a short extension to reach agreement on a few terms that remain" in their settlement talks. (*Id.* at 1.) The Parties request the stay of the above-captioned case be extended for 14 additional days to allow them time to finalize and submit dismissal papers. (*Id.*)

Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**. Accordingly, all deadlines in the above-captioned case are **STAYED** for 14 additional days, up to and including October 26, 2025, during which time appropriate dismissal papers are to be filed with the Court.

So ORDERED and SIGNED this 15th day of October, 2025.

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE