IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| VIRTAMOVE, CORP., | § | |
| *Plaintiff*, | § § § | |
| v. | § § | CIVIL ACTION NO. 2:25-CV-00619-JRG |
| INTERNATIONAL BUSINESS MACHINES CORP., | § § § § | |
| *Defendant*. | § § | |

## ORDER

Before the Court is the Joint Motion to Extend the Stay of All Deadlines (the "Motion") filed by Plaintiff VirtaMove Corp. ("Plaintiff") and Defendant International Business Machine Corp. ("Defendant") (collectively, the "Parties"). (Dkt. No. 35.) In the Motion, the Parties request an extension of the stay for an additional 14 days while the Parties "finalize a settlement agreement." (*Id*. at 1.) The requested extension would move the stay up to and including November 12, 2025.

Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**. Accordingly, all deadlines in the above-captioned case are **STAYED** for 14 additional days, up to and including November 12, 2025, during which time appropriate dismissal papers are to be filed with the Court.

**So ORDERED and SIGNED this 28th day of October, 2025.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE