# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP., | § Case No. 2:25-cv-00619-JRG |
| Plaintiff, | § |
| v. | § |
| | § **JURY TRIAL DEMANDED** |
| INTERNATIONAL BUSINESS MACHINES CORP., | § |
| Defendant. | § |

## JOINT STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii)

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Virtamove, Corp, ("Plaintiff") and Defendant International Business Machines Corp. ("Defendant") have settled this litigation and hereby file this Stipulation of Dismissal and dismiss the above-referenced action with prejudice, each Party to bear its own fees and costs.

Date: November 13, 2025                          Respectfully submitted,


                                                 By: */s/ Reza Mirzaie*

                                                 Reza Mirzaie (CA SBN 246953)
                                                 rmirzaie@raklaw.com
                                                 Marc A. Fenster (CA SBN 181067)

mfenster@raklaw.com
Neil A. Rubin (CA SBN 250761)
nrubin@raklaw.com
James A. Milkey (CA SBN 281283)
jmilkey@raklaw.com
Amy E. Hayden (CA SBN 287026)
ahayden@raklaw.com
Jacob Buczko (CA SBN 269408)
jbuczko@raklaw.com
James Tsuei (CA SBN 285530)
jtsuei@raklaw.com
Christian W. Conkle (CA SBN 306374)
cconkle@raklaw.com
Jonathan Ma (CA SBN 312773)
jma@raklaw.com
Daniel B. Kolko (CA SBN 341680)
dkolko@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Telephone: (310) 826-7474

Qi (Peter) Tong (TX SBN 24119042)
**RUSS AUGUST & KABAT**
4925 Greenville Ave., Suite 200
Dallas, TX 75206
Telephone: (310) 826-7474

*Attorneys for Plaintiff VirtaMove, Corp.*


By: */s/ Todd M. Friedman*

Todd M. Friedman (pro hac vice)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: todd.friedman@kirkland.com


Brandon H. Brown
California State Bar No. 266347
Kyle A. Calhoun (pro hac vice)
Nathaniel Ngerebara (pro hac vice)
KIRKLAND & ELLIS LLP

555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: brandon.brown@kirkland.com
Email: kyle.calhoun@kirkland.com
Email: nate.ngerebara@kirkland.com

Yimeng Dou
Kirkland & Ellis LLP
695 Town Center Drive
Suite 1700
Costa Mesa, CA 92626
714-982-8822
Email: yimeng.dou@Kirkland.com

*Of Counsel*:

Andrea L. Fair
Texas State Bar No. 24078488
E-mail: andrea@millerfairhenry.com
Charles Everingham IV
Texas State Bar No. 00787447
E-mail: chad@millerfairhenry.com
**MILLER FAIR HENRY, PLLC**
1507 Bill Owens Parkway
Longview, TX 75604
(903) 757-6400 (telephone)
(903) 757-2323 (facsimile)

*Attorneys for Defendant*
*International Business Machines Corp.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a) and served via the Court's CM/ECF system on all counsel of record on November 13, 2025.

*/s/ Todd M. Friedman*
Todd M. Friedman

## CERTIFICATE OF CONFERENCE

The undersigned certifies that counsel for Signode Industrial Group LLC has complied with Local Rule CV-7(h). All parties agreed to filing the foregoing document as a joint motion.

*/s/ Todd M. Friedman*
Todd M. Friedman