IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| VIRTAMOVE, CORP., | § Case No. 2:25-cv-00619-JRG |
|---|---|
| Plaintiff, | § |
| v. | § |
|  | § **JURY TRIAL DEMANDED** |
| INTERNATIONAL BUSINESS MACHINES CORP., | § |
| Defendant. | § |

## ORDER

Before the Court is Plaintiff Virtamove, Corp. ("Virtamove") and Defendant International Business Machines Corp.'s ("IBM") Stipulation of Dismissal Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) (the "Stipulation"). (Dkt. No. 37) Pursuant to Rule 41(a)(1)(A)(ii), the parties stipulate to dismiss the claims by and between the parties with prejudice.

In view of the Stipulation, which the Court **ACCEPTS AND ACKNOWLEDGES**, all claims, counterclaims, and causes of action asserted by and between Virtamove and IBM in this action are **DISMISSED WITH PREJUDICE**. All pending requests for relief between the parties are **DENIED AS MOOT**. It is **ORDERED** that each party bear its own costs, attorneys' fees, and expenses. The Clerk of the Court is directed to **CLOSE** the case.