IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| VIRTAMOVE, CORP., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 2:25-cv-00619-JRG |
| INTERNATIONAL BUSINESS MACHINES CORP., | § | |
| | § | |
| Defendant. | § | |

### ORDER

Before the Court is the Joint Stipulation of Dismissal Pursuant to Rule 41(a)(1)(A)(ii) (the "Stipulation") filed by Plaintiff Virtamove, Corp. ("Plaintiff") and Defendant International Business Machines Corp. ("Defendant") (collectively, the "Parties"). (Dkt. No. 37.) In the Stipulation, the Parties jointly move to dismiss all claims in this action with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure. (*Id.* at 1.)

Having considered the Stipulation, the Court **ACCEPTS AND ACKNOWLEDGES** that Plaintiff's claims against Defendant in the above-captioned case are **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs and fees. All pending requests for relief in the above-captioned case between Plaintiff and Defendant not explicitly granted herein are **DENIED AS MOOT**. The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

**So Ordered this**

**Nov 16, 2025**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE